Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. BRAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY; DOE Individual I through X, inclusive; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANT USAA GENERAL INDEMNITY COMPANY PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)** |

**TO: THE CLERK OF THE COURT; ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1441, Defendant USAA General Indemnity Company ("USAA GIC" or "Defendant"), hereby gives notice of removal of the above-entitled action from the Eighth Judicial District Court of Clark County, Nevada, Case No.: A-25-909323-C to the United States District Court for the District of Nevada and further states as follows:

**I.   STATEMENT OF JURISDICTION**

This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship and removal is therefore proper under 28 U.S.C. § 1441(b) as there is complete diversity between the parties and the matter in controversy exceeds $75,000.00.

## II. THE REMOVED CASE

The removed case is a civil action and was originally filed on January 10, 2025, in the Eighth Judicial District Court of Nevada, Clark County, having been assigned Civil Case No. A-25-909323-C, captioned: "*Daniel E. Brake v. USAA General Indemnity Company.*" A copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

Plaintiff alleges in the removed case that he was in an automobile accident and sustained injuries. Complaint at ¶¶ 6-10. He alleges that he is entitled to benefits under a USAA GIC policy; that policy provides uninsured motorist benefits. *Id.* at ¶ 18. Plaintiff has requested damages for general and special damages, exemplary or punitive damages, prejudgment and post-judgment interest, reasonable attorneys' fees, and interest and costs. Prayer for Relief at ¶¶ 1-5.

A copy of all processes USAA GIC received are attached as **Exhibit A**. A copy of all pleadings and orders in the removed case are attached as Exhibit "A" hereto, as required by 28 U.S.C. § 1446(a).

## III. REMOVAL IS TIMELY

This action was commenced against USAA General Indemnity Company ("USAA GIC") on January 10, 2025. Exhibit A, Complaint at p.1. The Summons and Complaint was served upon USAA GIC through the Nevada Commissioner of Insurance on January 10, 2025, and through CSC on January 15, 2025. *See* Exhibit A. No other service has been effectuated.

This removal is filed within 30 days of receipt of the Complaint by Defendant.

## IV. VENUE REQUIREMENT IS MET

Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States Court of the District and Division embracing the place where the State Court action is pending.

## V. DIVERSITY OF CITIZENSHIP EXISTS

This is a civil action that falls under the Court's original jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship) and is one that may be removed to this Court based upon diversity of citizenship pursuant to 28 U.S.C. §§ 1441 and 1446. Plaintiff alleges the occurrence giving rise to this case took place in the County of Clark, State of Nevada. Complaint at ¶ 5. Defendant, USAA General Indemnity Company, is a Texas corporation with its principal place of business in

the State of Texas.  ECF. 2 (Corporate Disclosure Statement).

## VI.    THE AMOUNT IN CONTROVERSY

Plaintiff alleges he was operating a vehicle involved in a motor vehicle collision, wherein he suffered injuries as a result of the negligence by a non-party (at fault) driver. Complaint at ¶¶ 6-10.  The at-fault driver did not have sufficient insurance coverage to compensate Plaintiff for his injuries. *Id.* at ¶ 18.

Plaintiff alleges as a direct and proximate result of the negligence of the third-party driver, he has sustained personal injuries, all or some of which conditions may be permanent and disabling, has suffered emotional distress, and has limited recreational activities, which has caused and shall continue to cause physical impairment, mental anguish, and loss of enjoyment of life. Complaint at ¶¶ 10-18. As a result, Plaintiff demanded policy limits of $50,000.00 per person and $100,000.00 per incident in underinsured motorist insurance coverage as damages for Plaintiff's breach of contract cause of action. **Exhibit B**, Demand Letter.

Plaintiff also seeks "an amount in excess of $15,000" for Plaintiff's Unfair Claims Practices Act violation, *see* Complaint at ¶ 25, and seeks a separate and additional amount "in excess of $15,000" for his breach of the covenant of good faith and fair dealing cause of action. Complaint at ¶ 31.   By a preponderance of the evidence, and with all categories of damages alleged taken into account, the Complaint alleges an amount in controversy in excess of $75,000.00.

Hence, the State Court Action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because: (1) the action is a civil action pending within the jurisdiction of the United States District Court for the District of Nevada; (2) this action is between citizens of different states; and (3) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## VII.    FILING REMOVAL PAPERS

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been provided simultaneously to Plaintiff.  A copy of this Notice of Removal will be filed with the Clerk of the Eighth Judicial District Court of Clark County, Nevada.

WHEREFORE, Defendant, hereby removes the above-captioned action from the Eighth Judicial District Court of Clark County, Nevada and requests that further proceedings be conducted in this Court as provided by law.

Dated: February 7, 2025.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
Nevada Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for USAA General Indemnity Company*

**CERTIFICATE OF SERVICE**

On February 7, 2025, I certify that a true and correct copy of **NOTICE OF REMOVAL OF ACTION BY DEFENDANT USAA GENERAL INDEMNITY COMPANY PURSUANT TO 28 U.S.C. §1332 AND 28 U.S.C. §1441(b)** was filed using the Court's CM/ECF system, which will electronically notify all counsel of record as follows:

Matthew E. Aaron, Esq.
Charles L. Geisendorf, Esq.
JUSTICE LITIGATION GROUP
7900 W. Sahara Ave., Ste. 100
Las Vegas, NV 89117
charles@aaronlawgroup.com

*Attorneys for Plaintiff*

By: /s/ Adam Miller
An employee of Spencer Fane LLP