Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com

*Attorneys for USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. BRAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY; DOE Individual I through X, inclusive; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00268-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA GENERAL INDEMNITY COMPANY TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS** |

On February 14, 2025, Defendant USAA General Indemnity Company ("USAA GIC") filed its Motion to Dismiss. ECF 6.

On March 1, 2025, Plaintiff filed his Response to USAA GIC's Motion to Dismiss. ECF 8. Thus, USAA GIC's Reply is due on March 7, 2025.

This is the Parties' first request for an extension. This stipulation is not for the purposes of delay. Defense counsel is on international vacation from March 1-12. Plaintiff has graciously granted defense counsel the professional courtesy of extending the deadline to file USAA GIC's Reply in Support of its Motion to Dismiss from Friday, March 7, 2025, to Friday, March 21, 2025.

1 | **IT IS SO STIPULATED.**

2 | **AARON LAW GROUP**  **SPENCER FANE LLP**

3 | */s/ Charles L. Geisendorf*  */s/ Mary E. Bacon*

Charles L. Geisendorf, Esq.
Nevada Bar No.
AARON LAW GROUP
7900 W. Sahara Ave., Ste. 100
Las Vegas, Nevada 89117
Tel:  702-550-1111
Fax:  702-331-6104
Email: charles@aaronlawgroup.com
*Attorneys for Plaintiff*

Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
Nevada Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for USAA General Indemnity Company*

**ORDER**

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II**
**UNTIED STATES DISTRICT JUDGE**

**DATED:** This 7th day of March, 2025.

**CERTIFICATE OF SERVICE**

On March 7, 2025, I certify that a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA GENERAL INDEMNITY COMPANY TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS** was filed using the Court's CM/ECF system, which will electronically notify all counsel of record as follows:

> Matthew E. Aaron, Esq.
> Charles L. Geisendorf, Esq.
> AARON LAW GROUP
> 7900 W. Sahara Ave., Ste. 100
> Las Vegas, NV 89117
> charles@aaronlawgroup.com
>
> *Attorneys for Plaintiff*

By: */s/ Jenny Leckie Ramirez*
An employee of Spencer Fane LLP