Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL E. BRAKE, an individual, | Case No.: 2:25-cv-00268-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| USAA GENERAL INDEMNITY COMPANY; DOE Individual I through X, inclusive; and ROE Corporations XI through XX, inclusive, | |
| Defendants. | |

Plaintiff, Daniel E. Brake ("Plaintiff") and Defendant USAA General Indemnity Company ("USAA GIC") ("Defendant") by and through their respective counsel of record hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

Dated this 13th day of May, 2025.

| **AARON LAW GROUP** | **SPENCER FANE LLP** |
|---|---|
| */s/ Charles L. Geisendorf* | */s/ Mary E. Bacon* |
| Charles L. Geisendorf, Esq. | Mary E. Bacon, Esq. |
| Nevada Bar No. | Nevada Bar No. 12686 |
| AARON LAW GROUP | Jessica E. Chong, Esq. |
| 7900 W. Sahara Ave., Ste. 100 | Nevada Bar No. 13845 |
| Las Vegas, Nevada 89117 | 300 South Fourth Street, Suite 1600 |
| Tel: 702-550-1111 | Las Vegas, Nevada 89101 |
| Fax: 702-331-6104 | *Attorneys for USAA General Indemnity Company* |
| Email: charles@aaronlawgroup.com | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: This 14th day of May, 2025.